Kevin A. Darby (NV SBN 7670)
Tricia M. Darby (NV SBN 7956)
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Phone: (775)322-1237
Facsimile: (775) 996-7290
kevin@darbylawpractice.com
tricia@darbylawpractice.com
Counsel for Debtor

*Electronically filed 9/14/11*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: BK-N-11-51818-btb |
| JOHN D. GESSIN, | Chapter 13 |
| Debtor. | **EX PARTE APPLICATION FOR ORDER SHORTENING TIME** |
| _____/ | |

Darby Law Practice, Ltd. counsel of record for the Debtor in the above-referenced bankruptcy matter hereby moves this Court for an order shortening the time for a hearing on the Motion To Withdraw As Counsel Of Record For The Debtor (Docket No. 26) (hereinafter "Motion to Withdraw") which was filed with this Court on September 12, 2011. This Application is supported by the Declaration of Tricia M. Darby, Esq., and the following points and authorities.

## STATEMENT OF THE FACTS AND PROCEDURAL HISTORY

1. On or about June 2, 2011, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. Debtor appeared at his 341 Meeting of Creditors on July 15, 2011. Debtor's 341 Meeting was continued to August 26, 2011. Debtor did not appear at his continued 341 Meeting because of complications relating to an eye surgery. Debtor's 341 Meeting was continued to September 9, 2011. Debtor did not appear due to his desire to have his case dismissed.

3. On or about September 11, 2011, Darby Law Practice, Ltd. filed the Motion to Withdraw as Counsel of Record for the Debtor ("Motion to Withdraw").

4. Debtor desires to dismiss his Chapter 13 bankruptcy, so he can work with his creditors outside of the bankruptcy. As a result, Darby Law Practice's services are no longer required.

## LEGAL DISCUSSION

5. Pursuant to Federal Rules of bankruptcy Procedure 9006(c), the Court may, for cause shown, shorten the time period to have a matter heard.

6. In the present matter, good cause exists to shorten time to hear Debtor's Motion to Withdraw. Specifically, Debtor desires dismissal of the bankruptcy proceedings and no longer requires or seeks the services of Darby Law Practice, Ltd.

7. To preserve the interests and rights of the bankruptcy estate and to timely allow the Debtor to work with his creditors outside of the bankruptcy, it is respectfully requested that this Motion to Withdraw is heard on shortened time.

8. Darby Law Practice, Ltd. submits just cause exists to hear this matter on shortened time, and thus, respectfully requests that the Motion to Withdraw be heard on September 28, 2011, at 10:00 a.m.

9. A proposed order granting this request for shortened time is attached hereto as Exhibit "1".

DATED this 14th day of September, 2011.

*/s/ Tricia M. Darby*
By: _____
KEVIN A. DARBY, NSB 7670
TRICIA M. DARBY, NSB 7956
4777 Caughlin Parkway
Reno, Nevada 89519

2

**Exhibit 1**

**PROPOSED ORDER SHORTENING TIME**

**EXHIBIT 1**

**PROPOSED ORDER SHORTENING TIME**

1

```
 1
 2
 3
 4
 5
 6
 7
 8  KEVIN A. DARBY, ESQ. (#7670)
    TRICIA M. DARBY, ESQ. (#7956)
 9  DARBY LAW PRACTICE, LTD.
    4777 Caughlin Parkway
10  Reno, Nevada 89519
11  Telephone: (775) 322-1237
    Facsimile: (775) 996-7290
12  E-mail: kevin@darbylawpractice.com
13
    Counsel for Debtor
14
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | CASE NO. BK-N-11-51818-btb |
| --- | --- |
|  | Chapter 13 |
| JOHN D. GESSIN, |  |
|  | **ORDER SHORTENING TIME FOR** |
| Debtor. | **HEARING ON: MOTION TO** |
|  | **WITHDRAW AS COUNSEL OF** |
|  | **RECORD FOR THE DEBTOR** |
| _____/ |  |

Upon the application of the Darby Law Practice, Ltd. counsel of record for the Debtor in the above-referenced matter, for an order shortening, the time for a hearing on the <u>Motion To Withdraw As Counsel Of Record For the Debtor</u> (Docket No. 26) filed herein on September 11, 2011 (hereinafter "Motion to Withdraw"),

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw shall be set for the **_____ day of _____, 2011, at _____ ____.m.**

2

IT IS FURTHER ORDERED that oppositions to the Motion to Withdraw, if any, shall be filed by the _____ day of _____, 2011.

IT IS FURTHER ORDERED that this Order and the Application for Order Shortening Time shall be served on the Debtor via e-mail or facsimile immediately upon entry hereof.

IT IS SO ORDERED.

Submitted By:

DARBY LAW PRACTICE, LTD.

*/s/ Tricia M. Darby*

_____
KEVIN A. DARBY, ESQ.
4777 CAUGHLIN PARKWAY
RENO NEVADA 89519
Phone: (775) 322-1237
Fax: (775) 996-9720

# # #