KEVIN A. DARBY, ESQ. NVSB7670           *Electronically file 9/14/11*
TRICIA M. DARBY, ESQ. NVSB7956
TYLER M. ELCANO, ESQ. NVSB10578
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kevin@darbylawpractice.com

Counsel for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                      CASE NO.    BK-N-11-51818-btb
                                            Chapter 13
JOHN D. GESSIN,
                                            **ATTORNEY INFORMATION SHEET
           Debtor.                          REGARDING EX PARTE APPLICATION
                                            FOR ORDER SHORTENING TIME**
_____/

As required by the Court under Local Rule 9006(a), I provided notice or attempted to provide notice to the following party of the Ex Parte Application For Order Shortening Time. The party agrees or disagrees to the time being shortened, as indicated below:

| NAME | HOW & WHEN | AGREE/DISAGREE |
|---|---|---|
| **William Van Meter** Chapter 13 Trustee | *Via Telephone – 9/14/11* | *Agree* |

DATED this 14th day of September, 2011.

*/s/ Tricia M. Darby*
_____
Tricia M. Darby, Esq.