KEVIN A. DARBY, ESQ. (#7670) *Electronically filed 9/15/11*
TRICIA M. DARBY, ESQ. (#7956)
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada  89519
Tel.    775.322.1237
Fax    775.996.7290

kevin@darbylawpractice.com
tricia@darbylawpractice.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

JOHN D. GESSIN,

      Debtor.

_____/

Case No.: BK-N-11-51818-btb
Chapter 13

**DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

Hearing Date:  OST
Hearing Time:  OST

I, TRICIA M. DARBY, hereby declare under penalty of perjury the following:

1. I am an attorney with Darby Law Practice, Ltd ("Darby Law Practice").  Darby Law Practice is counsel of record to John D. Gessin ("Debtor") in the above-captioned Chapter 13 Bankruptcy proceeding.

2. On June 2, 2011, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

3. Debtor appeared at his 341 Meeting of Creditors on July 15, 2011.  Debtor's 341 Meeting was continued to August 26, 2011.  Debtor did not appear at his continued 341 Meeting because of complications relating to an eye surgery.  Debtor's 341 Meeting was continued to September 9, 2011.  Debtor did not appear due to his desire to have his case dismissed.

1

4.  On September 11, 2011, Darby Law Practice filed the Motion to Withdraw as Counsel of Record for the Debtor ("Motion to Withdraw").

5.  Debtor desires to dismiss his Chapter 13 bankruptcy, so he can work with his creditors outside of the bankruptcy. As a result, Darby Law Practice's services are no longer required.

6.  To preserve the interests and rights of the bankruptcy estate and to timely allow the Debtor to work with his creditors outside of the bankruptcy, it is respectfully requested that this Motion to Withdraw is heard on shortened time.

DATED this 14th day of September, 2011.

*/s/ Tricia M. Darby*
By:_____
TRICIA M. DARBY, ESQ.