**Entered on Docket
September 28, 2011**

_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**

KEVIN A. DARBY, ESQ. (#7670)
TRICIA M. DARBY, ESQ. (#7956)
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kevin@darbylawpractice.com

Counsel for Debtor

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.    BK-N-11-51818-btb |
| | Chapter 13 |
| JOHN D. GESSIN, | |
| | **ORDER SHORTENING TIME FOR HEARING ON: MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE DEBTOR** |
| Debtor. | |

    Upon the application of the Darby Law Practice, Ltd. counsel of record for the Debtor in the above-referenced matter, for an order shortening the time for a hearing on the <u>Motion To Withdraw As Counsel Of Record For the Debtor</u> (Docket No. 26) filed herein on September 11, 2011 (hereinafter "Motion to Withdraw"),

    IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw shall be set for the 29th day of September, 2011, at 2:30 p.m.

1

1  IT IS FURTHER ORDERED that oppositions to the Motion to Withdraw, if any, shall be filed by the _____ day of _____, 2011.

IT IS FURTHER ORDERED that this Order and the Application for Order Shortening Time shall be served on the Debtor via e-mail or facsimile immediately upon entry hereof.

IT IS SO ORDERED.

Submitted By:

DARBY LAW PRACTICE, LTD.

*/s/ Tricia M. Darby*
_____
KEVIN A. DARBY, ESQ.
4777 CAUGHLIN PARKWAY
RENO NEVADA 89519
Phone: (775) 322-1237
Fax: (775) 996-9720

### # # #