KEVIN A. DARBY, NVSB# 7670
TRICIA M. DARBY, NVSB#7956
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Tel. 775.322.1237
Fax. 775.996.7290

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

JOHN D. GESSIN,
        Debtor(s).

_____/

Case No.:   BK-N- 11-51818-btb
Chapter 13

**NOTICE OF ENTRY OF ORDER SHORTENING TIME FOR HEARING ON: MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE DEBTOR**

Hearing Date: September 29, 2011
Hearing Time: 2:30 p.m.

      **NOTICE IS HEREBY GIVEN,** on September 28, 2011, an order was entered granting Debtor, JOHN D. GESSIN, shortening time for hearing on motion to withdraw as counsel of record for the debtor. A copy of said Order is attached hereto and served on the following parties in the manner as set forth below:

**VIA ECF:**

    JAMES B. BALL on behalf of Creditor USAA FEDERAL SAVINGS BANK
    nevadabk@poliball.com
    JAMES E. SHIVELY on behalf of Creditor USAA FEDERAL SAVINGS BANK
    nevadabk@poliball.com
    WILLIAM A. VAN METER
    c13ecf@nvbell.net, wvanmeter13@ecf.epiqsystems.com:

DATED this 29th Day of September, 2011

                                        DARBY LAW PRACTICE, LTD.

                                        By: */s/ Tricia M. Darby*
                                            TRICIA M. DARBY, ESQ.
                                            Attorney for Debtor

**Entered on Docket**
**September 28, 2011**

_____
**Hon. Bruce T. Beesley**
**United States Bankruptcy Judge**
_____

KEVIN A. DARBY, ESQ. (#7670)
TRICIA M. DARBY, ESQ. (#7956)
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kevin@darbylawpractice.com

Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>JOHN D. GESSIN,<br><br>            Debtor.<br>_____/ | CASE NO.   BK-N-11-51818-btb<br>Chapter 13<br><br>**ORDER SHORTENING TIME FOR HEARING ON: MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE DEBTOR** |

    Upon the application of the Darby Law Practice, Ltd. counsel of record for the Debtor in the above-referenced matter, for an order shortening the time for a hearing on the <u>Motion To Withdraw As Counsel Of Record For the Debtor</u> (Docket No. 26) filed herein on September 11, 2011 (hereinafter "Motion to Withdraw"),

    IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw shall be set for the 29th day of September, 2011, at 2:30 p.m.

1

1     IT IS FURTHER ORDERED that oppositions to the Motion to Withdraw, if any, shall be filed by the _____ day of _____, 2011.

    IT IS FURTHER ORDERED that this Order and the Application for Order Shortening Time shall be served on the Debtor via e-mail or facsimile immediately upon entry hereof.

    IT IS SO ORDERED.

Submitted By:

DARBY LAW PRACTICE, LTD.

/s/ Tricia M. Darby
_____
KEVIN A. DARBY, ESQ.
4777 CAUGHLIN PARKWAY
RENO NEVADA 89519
Phone: (775) 322-1237
Fax: (775) 996-9720

### #

2