United States Bankruptcy Court
District of Nevada

In re:  
JOHN D. GESSIN  
    Debtor

Case No. 11-51818-btb  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0978-3     User: storylm     Page 1 of 1     Date Rcvd: Oct 03, 2011  
                             Form ID: pdf984     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2011.

```
db          +JOHN D. GESSIN,    PO BOX 19852,    RENO, NV 89511-2514
7053237     +ALISON TAITANO,    C/O GLADE HALL,    105 MT. ROSE ST.,    Reno, NV 89509-3492
7151069     +ALLISON B. TAITANO (MOORE),    C/O GLADE L. HALL,    105 MT. ROSE ST.,    RENO, NV 89509-3492
7053238     +DR. ANN CAMPBELL,    59 DAMONTE RANCH PKWY,    SUITE 212,    Reno, NV 89521-1907
7247682     +ECMC,   P.O. Box 75906,    St. Paul, MN 55175-0906
7366094      FIA CARD SERVICES NA AS SUCCESSOR IN INTEREST TO,    BANK OF AMERICA NA (USA) AND MBNA,
               AMERICA BANK NA,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN PA 19355-0701
7265753      GE MONEY BANK,    C/O B-LINE, LLC,    MS 550,    PO BOX 91121,    SEATTLE, WA 98111-9221
7053240      INTERNAL REVENUE SERVICE,    PO BOX 7346,    Philadelphia, PA 19101-7346
7053241     +STACEY RISSONE,    C/O GLADE L. HALL,    105 MT. ROSE STREET,    Reno, NV 89509-3492
7143611     +USAA,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
7185384     +USAA FEDERAL SAVINGS BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
7328034     +USAA FEDERAL SAVINGS BANK,    C/O JAMES BALL, ESQ.,    601 S. 7TH STREET, SECOND FLOOR,
               LAS VEGAS, NV 89101-6905
7053243     +USAA Federal Savings Bank,    Acct No xxxxxx2968,    10750 Mcdermott Fwy,
               San Antonio, TX 78288-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
ust         +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Oct 04 2011 06:25:04     ANTONIA DARLING,
               300 LAS VEGAS BLVD., SO. #4300,    LAS VEGAS, NV 89101-5803
ust         +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Oct 04 2011 06:39:04     AUGUST B. LANDIS,
               OFFICE OF UST FOR REGION 17,    235 PINE STREET, ROOM 700,    SAN FRANCISCO, CA 94104-2736
ust         +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Oct 04 2011 06:25:04     J MICHAL BLOOM,
               300 LAS VEGAS BLVD S #4300,    LAS VEGAS, NV 89101-5803
ust          E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Oct 04 2011 06:25:04     NICHOLAS STROZZA,
               300 BOOTH ST RM 2129,    RENO, NV  89509
ust         +E-mail/Text: scott.a.farrow@usdoj.gov Oct 04 2011 06:25:04     SCOTT ANDREW FARROW,
               DEPT OF JUSTICE, OFFICE OF US TRUSTEE,    300 LAS VEGAS BLVD., SO.,    LAS VEGAS, NV 89101-5833
ust         +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Oct 04 2011 06:25:04     WILLIAM B COSSITT,
               U.S. TRUSTEE'S OFFICE,    300 BOOTH ST, #3009,    RENO, NV 89509-1360
7247542      E-mail/PDF: rmscedi@recoverycorp.com Oct 04 2011 06:43:29
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7053239      DR. ANN CAMPBELL
7053242      US DEPT OF EDUCATION
                                                                                               TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2011**            Signature: _/s/ Joseph Speetjens_

**Entered on Docket
October 03, 2011**

_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**

Kevin A. Darby (NV SBN 7670)
Tricia M. Darby (NV SBN 7956)
Tyler M. Elcano (NV SBN 10578)
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Phone: (775)322-1237
Facsimile: (775) 996-7290
kevin@darbylawpractice.com
tricia@darbylawpractice.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: BK-N-11-51818-BTB |
| JOHN D. GESSIN, | Chapter 13 |
| Debtor. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE DEBTOR** |
| | Hearing Date: September 29, 2011<br>Hearing Time: 2:30 p.m. |
| _____/ | |

Upon the Motion to Withdraw as Counsel of Record for the Debtor by Darby Law Practice, Ltd., no opposition having been filed, and good cause appearing,

///

///

///

1

1      IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record for the
2  Debtor is hereby granted.
3      IT IS SO ORDERED.
4  Submitted by:
5  DARBY LAW PRACTICE, LTD.
6
7  /s/ Tyler M. Elcano
   _____
8  Kevin A. Darby, Esq.
   Tricia M. Darby, Esq.
9  Tyler M. Elcano, Esq.
   4777 Caughlin Parkway
10 Reno, Nevada 89519

12                         ###

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____ The Court has waived the requirement set forth in LR 9021(b)(1).

\_\_✓\_\_ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated.

_____ I certify that this is a case under Chapter 7 or Chapter 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

APPROVED/DISAPPROVED                APPROVED/DISAPPROVED

By: _____              By: _____

»
Submitted by:

By: */s/ Tyler M.Elcano*
_____
TYLER M. ELCANO, ESQ.
Darby Law Practice, Ltd.
4777 Caughlin Parkway
Reno, Nevada 89519
(775) 322-1237
Attorney for Debtor(s)